# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

William Carroll,

        Plaintiff

v.

Cirrus Aviation Group, LLC,

        Defendant

Case No.: 2:26-cv-00214-CDS-EJY

**Order Regarding Verified Petition
of Tyler James Bean**

[ECF No. 6]

Tyler Bean seeks leave to appear pro hac vice in this matter on behalf of plaintiff William Carroll. ECF No. 6. The petition indicates that Bean is an active member of the Oklahoma bar. *Id.* at 2. The petition further states that Bean has been granted pro hac vice admission in the District of Nevada four times in the two years preceding his present petition. *Id.* at 3. However, the court's records indicate that Bean has petitioned to appear in five cases, excluding the present action, making this his sixth application in a three-year period.[1]

Admission to appear pro hac vice in an action pending in this district is governed by Local Rule IA 11-2. The rule provides that "[a]bsent special circumstances and a showing of good cause, repeated appearances by any attorney under this rule will be cause for denial of the attorney's verified petition." LR IA 11-2(f). It further presumes that more than five appearances in a three-year period is an excessive use of this rule. LR IA 11-2(f)(1). In these instances, "[t]he attorney has the burden to establish special circumstances and good cause for an appearance in excess of limitations set forth in subsection (f)(1) of this rule." LR IA 11-2(f)(2).

---

[1] Bean's current petition fails to include his January 13, 2026 application. *See* ECF No. 9 in *N.O. et al v. Mayne Pharma Commercial LLC, et al.*, Case No. 2:25-cv-02593-CDS-DJA.

Therefore, Bean is directed to file an affidavit in response to this order, no later than February 27, 2026, setting forth special circumstances and demonstrating good cause why his verified petition to practice pro hac vice should be granted in view of the prohibition against such an appearance.

Dated: February 17, 2026

_____
Cristina D. Silva
United States District Judge

2