Abran E. Vigil, Esq.
Nevada Bar No.7548
Colleen E. McCarty, Esq.
Nevada Bar No. 13186
Robert S. Teuton, Esq.
Nevada Bar No. 16761
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135
Tel: (702) 471-7000
Fax: (702) 471-7070
vigila@ballardspahr.com
mccartyc@ballardspahr.com
teutonr@ballardspahr.com

*Attorneys for Defendant*
*Cirrus Aviation Group, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM CARROLL, an individual**,**<br><br>Plaintiff,<br><br>vs.<br><br>CIRRUS AVIATION GROUP, LLC, a corporation,<br><br>Defendant. | Case No.: 2:26-cv-00214-CDS-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Plaintiff William Carroll ("Plaintiff") and Defendant Cirrus Aviation Group, LLC ("Cirrus") stipulate and agree as follows:

1.    The operative deadline to respond to the complaint is March 11, 2026.

2.    Cirrus seeks to extend this deadline by 30 days, up to and including April 10, 2026.

3.    The Court may extend the March 11 deadline on the basis of good cause. *See* Fed. R. Civ. P. 4(b).

4.    Here, there is good cause to extend the deadline because each party is investigating the allegations in Plaintiff's complaint and are exploring whether they can resolve this matter without further involvement from the Court.

///

5.    This is the first request for an extension of the deadline to respond to the complaint, and it is not sought for the purpose of delay.

**IT IS SO STIPULATED**.

**BALLARD SPAHR LLP**

By: /s/ *Colleen E. McCarty*
Abran E. Vigil, Esq.
Nevada Bar No.7548
Colleen E. McCarty, Esq.
Nevada Bar No. 13186
Robert S. Teuton, Esq.
Nevada Bar No. 16761
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135

*Attorneys for Defendant*
*Cirrus Aviation Group, LLC*

**WISE LAW FIRM, PLC**
**SIRI & GLIMSTAD LLP**

By: /s/ *David Hilton Wise*
David Hilton Wise
WISE LAW FIRM, PLC
335 W 1st Street
Reno, Nevada 89503

Tyler J. Bean
SIRI & GLIMSTAD LLP
745 Fifth Avenue, Suite 500
New York, New York 10151

*Attorneys for Plaintiff*
*William Carroll*

### ORDER

Based on the foregoing stipulation and good cause appearing, IT IS HEREBY ORDERED that the Defendant's deadline to file a response to Plaintiff's Complaint is extended to **April 11, 2026**.

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

Date: March 11, 2026

2