Abran E. Vigil, Esq.
Nevada Bar No.7548
Colleen E. McCarty, Esq.
Nevada Bar No. 13186
Robert S. Teuton, Esq.
Nevada Bar No. 16761
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135
Tel: (702) 471-7000
Fax: (702) 471-7070
vigila@ballardspahr.com
mccartyc@ballardspahr.com
teutonr@ballardspahr.com

*Attorneys for Defendant*
*Cirrus Aviation Group, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM CARROLL and JOHN DENTON, on behalf of themselves and all others similarly situated**,** <br><br> Plaintiffs, <br><br> vs. <br><br> CIRRUS AVIATION GROUP, LLC, a corporation, <br><br> Defendant. | Case No.: 2:26-cv-00214-CDS-EJY <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO AMENDED COMPLAINT** <br><br> **(Second Request)** |

Plaintiffs William Carroll and John Denton ("Plaintiffs") and Defendant Cirrus Aviation Group, LLC ("Cirrus") stipulate and agree as follows:

1.      On January 29, 2026, Plaintiff Carroll filed the above-captioned action before this Court.

2.      On March 11, 2026, the Court granted the parties' first stipulation to extend Cirrus's deadline to respond to Plaintiff's complaint, thus extending the deadline from March 11, 2026, to April 10, 2026.

3.      On March 18, 2026, Plaintiffs filed their First Amended Complaint to add Plaintiff Denton to the lawsuit.

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

4.    Pursuant to Federal Rule of Civil Procedure 15(a)(3), the operative deadline for Cirrus to respond to Plaintiff's amended complaint remained April 10, 2026.

5.    The Federal Rules permit this Court to extend the April 10 deadline for good cause shown. *See* Fed. R. Civ. P. 6(b).

6.    Here, the parties agree there is good cause to extend the deadline because: (a) the parties have engaged in numerous conferrals following the submission of plaintiff's amended complaint; (b) the parties have made progress resolving at least one of the named plaintiff's claims without the need for judicial intervention; and (c) the parties continue to investigate the allegations in the amended complaint and are actively exploring whether they can resolve the remaining claims in this matter without further involvement from the Court.

7.    This is the first request for an extension of the deadline to respond to Plaintiff's First Amended Complaint, and the second request for an extension requested overall.

8.    The parties agree that this request is made in good faith, and it is not sought for the purpose of delay.

**IT IS SO STIPULATED**.

| | |
|---|---|
| **BALLARD SPAHR LLP** | **WISE LAW FIRM, PLC**<br>**SIRI & GLIMSTAD LLP** |
| By: /s/ *Abran E. Vigil*<br>Abran E. Vigil, Esq.<br>Nevada Bar No.7548<br>Colleen E. McCarty, Esq.<br>Nevada Bar No. 13186<br>Robert S. Teuton, Esq.<br>Nevada Bar No. 16761<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | By: /s/ *David Hilton Wise*<br>David Hilton Wise<br>WISE LAW FIRM, PLC<br>335 W 1st Street<br>Reno, Nevada 89503<br><br>Tyler J. Bean<br>SIRI & GLIMSTAD LLP<br>745 Fifth Avenue, Suite 500<br>New York, New York 10151 |
| *Attorneys for Defendant*<br>*Cirrus Aviation Group, LLC* | *Attorneys for Plaintiffs*<br>*William Carroll and John Denton* |

**ORDER**

Based on the foregoing stipulation and good cause appearing, IT IS HEREBY ORDERED that the Defendant's deadline to file a response to Plaintiff's Amended Complaint is extended to **June 9, 2026**.

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

Date:  April 9, 2026

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

3