Abran E. Vigil, Esq.
Nevada Bar No.7548
Colleen E. McCarty, Esq.
Nevada Bar No. 13186
Robert S. Teuton, Esq.
Nevada Bar No. 16761
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135
Tel: (702) 471-7000
Fax: (702) 471-7070
vigila@ballardspahr.com
mccartyc@ballardspahr.com
teutonr@ballardspahr.com

*Attorneys for Defendant*
*Cirrus Aviation Group, LLC*

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM CARROLL and JOHN DENTON, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> CIRRUS AVIATION GROUP, LLC, a corporation, <br><br> Defendant. | Case No.: 2:26-cv-00214-CDS-EJY <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO AMENDED COMPLAINT** <br><br> **(Third Request)** |

Plaintiffs William Carroll and John Denton ("Plaintiffs") and Defendant Cirrus Aviation Group, LLC ("Cirrus") stipulate and agree as follows:

1.     On January 29, 2026, Plaintiff Carroll filed the above-captioned action before this Court.

2.     On March 11, 2026, the Court granted the parties' first stipulation to extend Cirrus's deadline to respond to Plaintiff's complaint, thus extending the deadline from March 11, 2026, to April 10, 2026.

3.     On March 18, 2026, Plaintiffs filed their First Amended Complaint to add Plaintiff Denton to the lawsuit.

4.    Following the filing of the First Amended Complaint, the parties engaged in numerous conferrals regarding possible resolution of this matter.  On that basis, on April 9, 2026, the Court granted the parties' second stipulation to extend Cirrus's deadline to respond to Plaintiff's complaint, thus extending the deadline from April 10, 2026, to June 9, 2026.

5.    The Federal Rules permit this Court to extend the June 9 deadline for good cause shown. *See* Fed. R. Civ. P. 6(b).

6.    Here, the parties agree there is good cause to extend the deadline because: (a) the parties have made progress resolving at least one of the named plaintiff's claims without the need for judicial intervention; (b) Cirrus has engaged a third party forensic vendor to further investigate the allegations in the amended complaint; and (c) the parties are actively exploring whether they can resolve the remaining claims in this matter without further involvement from the Court.

7.    In furtherance of those efforts, the parties request a brief extension of the deadline for Cirrus to respond to Plaintiffs' complaint from **June 9, 2026 to June 30, 2026**.

8.    This is the second request for an extension of the deadline to respond to Plaintiff's First Amended Complaint, and the third request for an extension requested overall.

(Continued on the Next Page)

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

2

9.    The parties agree that this request is made in good faith, and it is not sought for the purpose of delay.

**IT IS SO STIPULATED**.


**BALLARD SPAHR LLP**                     **CHESTNUT CAMBRONNE PA**


By: /s/ *Abran E. Vigil*                  By: /s/ *Philip J. Krzeski*
Abran E. Vigil, Esq.                      Philip J. Krzeski
Nevada Bar No.7548                        (Admitted Pro Hac Vice)
Colleen E. McCarty, Esq.                  Chestnut Cambronne PA
Nevada Bar No. 13186                      100 Washington Avenue South, Suite 1700
Robert S. Teuton, Esq.                    Minneapolis, MN 55401
Nevada Bar No. 16761
1980 Festival Plaza Drive, Suite 900      David Hilton Wise
Las Vegas, Nevada 89135                   WISE LAW FIRM, PLC
                                          335 W 1st Street
                                          Reno, Nevada 89503
*Attorneys for Defendant*
*Cirrus Aviation Group, LLC*              Tyler J. Bean
                                          SIRI & GLIMSTAD LLP
                                          745 Fifth Avenue, Suite 500
                                          New York, New York 10151

                                          *Attorneys for Plaintiffs*
                                          *William Carroll and John Denton*


**ORDER**

IT IS SO ORDERED:


_____
UNITED STATES MAGISTRATE JUDGE

DATED:  June 8, 2026

3
