David Hilton Wise, Esq.
Nevada State Bar No. 11014
**WISE LAW FIRM, PLC**
335 W 1st Street
Reno, Nevada 89503
Telephone: (775) 299-4284
Fax: (703) 934-6379
Email: dwise@wiselaw.pro

Attorney for Plaintiffs and the Putative Class
Additional Counsel Listed on Signature Block Below

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIAM CARROLL and JOHN DENTON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>CIRRUS AVIATION GROUP, LLC, a corporation,<br><br>Defendant | Case No. 2:26-cv-00214-CDS-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**<br><br>**(First Request)**<br><br>[ECF No. 22] |

     Plaintiffs William Carroll and John Denton ("Plaintiffs") and Defendant Cirrus Aviation Group, LLC ("Cirrus"), by and through their respective counsel of record, hereby stipulate and agree as follows:

     1.    The operative deadline for Plaintiffs to respond to the Defendant's Motion to Dismiss is July 14, 2026.

     2.    Plaintiffs seek to extend this deadline by 21 days, up to and including August 4, 2026.

     3.    The Court may extend the deadline on the basis of good cause. *See* Fed. R. Civ. P. 6(b).

4.    Here, good cause exists because the parties are actively finalizing a mutual release to resolve this matter. Additional time is also required to accommodate the parties' intersecting travel, deposition, and mediation schedules.

5.    This is the first request for an extension of the deadline to respond to the Motion to Dismiss, and it is not sought for the purpose of delay.

**IT IS SO STIPULATED**.

DATED: July 13, 2026                          Respectfully submitted,

By: /s/ *Philip J. Krzeski*                     By: /s/ *Colleen E. McCarty*
David Hilton Wise                               Abran E. Vigil, Esq.
**WISE LAW FIRM, PLC**                          Nevada Bar No.7548
335 W 1st St                                    Colleen E. McCarty, Esq.
Reno, NV 89503                                  Nevada Bar No. 13186
                                                Robert S. Teuton, Esq.
Tyler J. Bean*                                  Nevada Bar No. 16761
**SIRI & GLIMSTAD LLP**                         **BALLARD SPAHR LLP**
745 Fifth Ave, Ste 500                          1980 Festival Plaza Drive, Suite 900
New York, NY 10151                              Las Vegas, NV 89135

Philip J. Krzeski*                              Attorneys for Defendant Cirrus Aviation
**CHESTNUT CAMBRONNE PA**                       Group, LLC
100 Washington Ave S, Ste 1700
Minneapolis, MN 55401

Attorneys for Plaintiffs and the Putative Class
*Admitted *pro hac vice*

## ORDER

Based on the foregoing stipulation and good cause appearing, IT IS HEREBY ORDERED that the plaintiffs' deadline to file a response to the defendant's motion to dismiss is extended to August 4, 2026.

Dated: July 13, 2026

_____
United States District Judge

- 2 -